**DISMISS and Opinion Filed March 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01591-CV

**NIMRA RIZVI AND SHAHID ALAM FIROZVI, Appellants**
**V.**
**FM INVESTMENTS (TRINITY MILLS) L.P., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11104**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 31, 2019, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated December 31, 2019, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated February 13, 2020, we informed

appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellants had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns,III/
ROBERT D. BURNS, III
CHIEF JUSTICE


191591F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NIMRA RIZVI AND SHAHID
ALAM FIROZVI, Appellant

No. 05-19-01591-CV        V.

FM INVESTMENTS (TRINITY
MILLS) L.P., Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-11104.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and Nowell
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee FM INVESTMENTS (TRINITY MILLS)
L.P. recover its costs of this appeal from appellants NIMRA RIZVI AND
SHAHID ALAM FIROZVI.

Judgment entered March 18, 2020